Form 210A (12/09)

# UNITED STATES BANKRUPTCY COURT

_____WESTERN_____ District Of _____WASHINGTON_____

In re: Kenneth F. Nichols and       Case No. 09-23676
      Becky L. Nichols

*(stamp)* FILED Western District of W... ... at Sea... JUN - 1 2010 MARK L. HATCHER, CLERK OF THE BANKRUPTCY COURT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Harris N.A., as Assignee of Amcore Bank, N.A., pursuant only to that FDIC Purchase and Assumption Agreement dated April 23, 2010<br>Name of Transferee | Amcore Bank, N.A.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>c/o Jeffrey L. Gansberg and Kurt M. Carlson<br>Much Shelist<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Court Claim # (if known): 30<br>Amount of Claim: 1,524,152.17<br>Date Claim Filed: April 30, 2010 |
| Phone: (312) 521-2000<br>Last Four Digits of Acct#: _____ | Phone:<br>Last Four Digits of Acct#: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:<br>Last Four Digits of Acct#: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Jeffrey L. Gansberg – attorney for Harris      Date:__May 25, 2010_____
N.A., as Assignee of Amcore Bank, N.A., pursuant
only to that FDIC Purchase and Assumption
Agreement dated April 23, 2010___
      Transferee/Transferee's Agent

*Penalty for making a false statement*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571

**MUCH** *SHELIST*

ATTORNEYS AT LAW
191 N WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606 1615

**T** 312 521 2000
**F** 312 521 2200

www.muchshelist.com

DIRECT DIAL:
312.521.2649
jgansberg@muchshelist.com

May 25, 2010

*RECEIVED
Western District of Washington
at Seattle
JUN – 1 2010
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT*

**VIA U.S. MAIL**

Clerk of the U.S. Bankruptcy Court
Western District of Washington
700 Stewart Street, Room 6301
Seattle, WA 98101

    Re:    Kenneth F. Nichols and Becky L. Nichols – Case No. 09-23676-KAO

Dear Clerk of the Court:

    Enclosed please find an original plus two copies of a Transfer of Claim in the above-referenced case for filing.  Also enclosed is a self-addressed stamped envelope for a return file-stamped copy.

    If you have any questions, please do not hesitate to contact me.

        Very truly yours,

        Jeffrey L. Gansberg

JLG:nas
Enclosures

Much Shelist Denenberg Ament & Rubenstein, PC

